IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5
(Complaint/Indictment/Other District)

**Case No.:** 3:23MJ26                                              **Date:** 7/17/2023

**Defendant(s):** Tyler Bradley Dykes, custody          **Counsel:** FPD

PRESENT:   Presiding Judge:   Robert S. Ballou         TIME IN COURT: 10 min
           Deputy Clerk:      K. Brown
           Court Reporter:    K. Brown/FTR
           AUSA:              Kelly McGann
           USPO:              Haylea Workman, Alison Spence

☒   Defendant arrested on warrant from USDC District of Columbia

**RIGHTS:**
☒   Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒   Defendant advised of right to retain counsel or to request that counsel be appointed.
☒   Defendant advised of right to preliminary exam.
☒   Defendant advised of right to identity hearing.
☒   Defendant advised of right to a bond/detention hearing.

**COUNSEL:**
☒   Defendant requests appointment of counsel.  CJA 23 Financial Affidavit completed.  FPD appointed for this matter to proceed in this district only.  The Judge in the DC Court will review the financial affidavit for counsel in that district.

**RELEASE/DETENTION:**
☒   Government moves for detention.

**Additional Information:**
3:16
Parties present and represented by counsel.
FPD appointed for proceedings in this district.  The DC Court will need to address court appointed counsel there.
Court reviews the charging documents with the defendant.
Gov moves for detention.
Deft does not contest identity, but is not ready to proceed on preliminary/detention hearings.  Hearing set for 7/19 at 1pm to take up prelim/dtn issues.
Court enters oral and written Orders regarding the Due Process Protection Act.
Deft remanded.
Adjourned.
3:26