# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

Tyler Bradley Dykes

CASE NO.: 3:23MJ26

DATE: 7/17/23

TYPE OF HEARING: Rule 5/5A

************************************************************************

PARTIES:

1. Robert S. Ballou
2. Kelly McGann, AUSA
3. Dustin Franklin, FPD
4. Tyler Dykes, deft
5. Dennis Gardner, USPO
6.
7.
8.
9.
10.

************************************************************************

Recorded by: K. Brown

Time in Court: 10 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:16 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 1 | | | | | | | | |
| 3:24 | 3 | | | | | | | | |
| | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| 3:26 | 1 | | | | | | | | |