# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### CRIMINAL MINUTES – Detention Hearing –
### RULE 5
### (Complaint/Indictment/Other District)

**Case No.:** 3:23MJ26  **Date:** 7/19/2023

**Defendant(s):** Tyler Bradley Dykes, custody  **Counsel:** Benjamin Schiffelbein, FPD

**PRESENT:**
- Presiding Judge: Robert S. Ballou
- Deputy Clerk: K. Brown
- Court Reporter: M. Butenschoen
- AUSA: Kelly McGann
- USPO: Alison Spence, Jason McMurray

**TIME IN COURT:** 21 min

**PRELIMINARY HEARING:**
☒ Defendant requests preliminary hearing in prosecuting district. Waiver executed.

**RELEASE/DETENTION:**
☒ Government does not oppose bond. Bond set at amount and type of bond. See conditions below.
☒ Conditions of Release/Bond to enter for reasons as follows:

In addition to the standard conditions of release, the following special conditions of release are imposed:

☒ The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
☒ The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
☒ The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
☒ The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
☒ The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
☒ The defendant shall actively seek and/or maintain employment.
☒ The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
☒ The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer.

**Additional Information:**
1:01
Parties present and represented by counsel.
Court addresses parties who have come to some agreed terms of bond.
Deft executes waiver.
Deft will request appointment of counsel and will file an amended Financial Affidavit.

Court sets bond:  Deft will have state and federal probation officers and must be responsive to both.  $25K Unsecured.  Deft to live at parents' home at Sweet Pea Place,  Bluffton, SC or such other place as approved by Probation.  No weapons or dangerous instrumentalities at parents' home, and must have any removed by Monday 7/24/2023.  Home electronic monitoring and curfew:  6:30pm-7:30am.  GPS monitoring, subject to deft paying for that.  Deft will have monitor installed today.  Report to SC Probation in Port Royal on Monday, 7/24/2023 at 1pm.  No firearms.  No travel outside of the continental United States, turn in passport to USPO.  Contact with USPO no less than once a week.  May not go to DC except for court appearances, atty meetings or anything related to his case there.  Participate fully in all future proceedings. Report LEO.  No illegal substances, no excessive alcohol.  No contact with Southern Sons Active Club or other related groups-no direct or indirect contact, no email, no phone.  Deft is to report any contact with a member of these groups to his supervising officer immediately.

Deft released on bond.
Adjourned.
1:22