AO 199A (Rev. 06/19 – VAW Additions 7/21) Order Setting Conditions of Release          Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>_Tyler Bradley Dykes_<br>*Defendant* | )<br>)<br>) Case No. 3:23-MJ-26<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   US District Court- District of Columbia via ZOOM
*Place*

(see conditions for ZOOM dial-in instruction)

on   8/1/2023 1:00 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) ☑ The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(6) ☑ The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _twenty-five thousand and no cents_ dollars ($ 25,000.00 ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

$25K Unsecured

AO 199B (Rev. 12/20 – VAW Additions 7/21) Additional Conditions of Release                                                                 Page _2_ of _4_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                        Custodian                        Date

( ☑ ) (7) The defendant must:
   ( ☑ ) (a) submit to supervision by and report for supervision to the   US Probation Office at 1849 Paris Avenue, Port Royal, SC 29935  ,
         telephone number  843-489-3163  , no later than  Monday, 7/24/2023 at 1:00pm  .
   ( ☑ ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $~~20K~~ $25K Un
   ( ☐ ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum: _____
   ( ☐ ) (d) continue or actively seek employment.
   ( ☐ ) (e) continue or start an education program.
   ( ☑ ) (f) surrender any passport to:   supervising officer
   ( ☑ ) (g) not obtain a passport or other international travel document.  *and not allowed to travel outside Continental United States*
   ( ☑ ) (h) abide by the following restrictions on personal association, residence, or travel:   Defendant may travel to the District of Columbia by the most direct route for court appearances, attorney meetings, and anything else related to his case there. Otherwise, he is not allowed to be in the District of Columbia.
   ( ☑ ) (i) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   Defendant is not to have any contact with the Southern Sons Active Club, or other related groups. No direct contact, indirect contact, email contact or phone contact is permitted.
   ( ☐ ) (j) get medical or psychiatric treatment: _____
   ( ☐ ) (k) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ☐ ) (l) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ☑ ) (m) not possess a firearm, destructive device, or other weapon.  *Firearms to be removed from parents' home by Monday 7/24/23*
   ( ☑ ) (n) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
   ( ☑ ) (o) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ☐ ) (p) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ☐ ) (q) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ☑ ) (r) participate in one of the following location restriction programs and comply with its requirements as directed.
         ( ☑ ) (i) **Curfew.** You are restricted to your residence every day ( ☑ ) from  6:30pm  to  7:30am  , or ( ☑ ) as directed by the pretrial services office or supervising officer; or
         ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
         ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
         ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
         **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20 – VAW Additions 7/21) Additional Conditions of Release                                Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (s) submit to the following location monitoring technology and comply with its requirements as directed:
  - ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - ( ☐ ) (ii) Voice Recognition; or
  - ( ☐ ) (iii) Radio Frequency; or
  - ( ☑ ) (iv) GPS.

( ☑ ) (t) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (u) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (v) the defendant shall follow the instructions of the pretrial supervising officer.

( ☐ ) (w) the defendant shall not incur new credit charges or open additional lines of credit without the approval of the supervising officer.

( ☑ ) (x) submit to warrantless search and seizure of person and property as directed by supervised officer.

( ☐ ) (y) not frequent places where controlled substances are illegally sold, used, distributed, or administered, and shall not associate with any persons engaged in criminal activity or associate with any person convicted of a felony, unless under the supervision of law enforcement.

( ☑ ) (z) Defendant is to live at the home of his parents at Sweet Pea Place, Bluffton SC, or such other place as approved by his supervising officer.

( ☑ ) (aa) Defendant will have state and federal probation officers, and must be responsive to both. Defendant is to have contact with his federal probation officer no less than once a week or as directed.

(x) (bb) Defendant is to appear by ZOOM in the US District Court for the District of Columbia on August 1, 2023 at 1:00pm before Judge Upadhyaya. Dial in information is as follows:

https://uscourts-dcd.zoomgov.com/j/1605981178?pwd=cVN5US9DMzJ5NWFLNjhGemZmSU1odz09
Meeting ID: 160 598 1178
Passcode: 717744

DCD Clerk's office
(202) 354-3060 CR Division

AO 199C (Rev. 09/08 – VAW Additions 7/21) Advice of Penalties                                                                 Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

   Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
   While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
   It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
   If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
   A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

   I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ Deputy Clerk            _____
                                                     Defendant's Signature

                                                 Bluffton, SC
                                                 _____
                                                     City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: July 19, 2023                              _____
                                                     Judicial Officer's Signature

                                                 Robert S. Ballou, USDC
                                                 _____
                                                     Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL